1

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | **CRIMINAL DOCKET** |
| VERSUS | * | **NO. 20-65** |
| ASHTON RYAN AND FRED BEEBE | * | **SECTION "L"** |

## JURY CHARGE

MEMBERS OF THE JURY:

YOU HAVE NOW HEARD ALL THE EVIDENCE IN THIS CASE AS WELL AS THE FINAL ARGUMENT.

IT BECOMES MY DUTY, THEREFORE, TO INSTRUCT YOU ON THE RULES OF LAW THAT YOU MUST FOLLOW AND APPLY IN ARRIVING AT YOUR DECISION IN THIS CASE.

IN ANY JURY TRIAL THERE ARE, IN EFFECT, TWO JUDGES. I AM ONE OF THE JUDGES; THE OTHER IS THE JURY. IT IS MY DUTY TO PRESIDE OVER THE TRIAL AND TO DECIDE WHAT EVIDENCE IS PROPER FOR YOUR CONSIDERATION. IT IS ALSO MY DUTY AT THE END OF THE TRIAL TO EXPLAIN TO YOU THE RULES OF LAW THAT YOU MUST FOLLOW AND APPLY IN ARRIVING AT YOUR VERDICT. IT IS YOUR DUTY TO DECIDE AND DETERMINE THE FACTS OF THIS CASE

IF YOU TOOK NOTES DURING THE TRIAL, PLEASE REMEMBER THAT YOUR NOTES ARE NOT ENTITLED TO ANY GREATER WEIGHT THAN THE MEMORY OR IMPRESSION OF EACH JUROR AS TO WHAT THE TESTIMONY MAY HAVE BEEN.

2

HOWEVER, WHETHER YOU TOOK NOTES OR NOT, EACH OF YOU MUST FORM AND EXPRESS YOUR OWN OPINION AS TO THE FACTS OF THE CASE.

FIRST, I WILL GIVE YOU SOME GENERAL INSTRUCTIONS WHICH APPLY IN EVERY CASE, FOR EXAMPLE, INSTRUCTIONS ABOUT BURDEN OF PROOF AND HOW TO JUDGE THE BELIEVABILITY OF WITNESSES AND OTHER GENERAL MATTERS. THEN I WILL GIVE YOU SOME SPECIFIC RULES OF LAW ABOUT THIS PARTICULAR CASE, AND FINALLY I WILL EXPLAIN TO YOU THE PROCEDURES YOU SHOULD FOLLOW IN YOUR DELIBERATIONS.

## I.    **GENERAL INSTRUCTIONS PERTAINING TO ALL CASES**

YOU, AS JURORS, ARE THE JUDGES OF THE FACTS. BUT IN DETERMINING WHAT ACTUALLY HAPPENED—THAT IS, IN REACHING YOUR DECISION AS TO THE FACTS—IT IS YOUR SWORN DUTY TO FOLLOW ALL OF THE RULES OF LAW AS I EXPLAIN THEM TO YOU.

YOU HAVE NO RIGHT TO DISREGARD OR GIVE SPECIAL ATTENTION TO ANY ONE INSTRUCTION, OR TO QUESTION THE WISDOM OR CORRECTNESS OF ANY RULE I MAY STATE TO YOU. YOU MUST NOT SUBSTITUTE OR FOLLOW YOUR OWN NOTION OR OPINION AS TO WHAT THE LAW IS OR OUGHT TO BE. IT IS YOUR DUTY TO APPLY THE LAW AS I EXPLAIN IT TO YOU, REGARDLESS OF THE CONSEQUENCES.

IT IS ALSO YOUR DUTY TO BASE YOUR VERDICT SOLELY UPON THE EVIDENCE, WITHOUT PREJUDICE OR SYMPATHY. THAT WAS THE PROMISE YOU

3

MADE AND THE OATH YOU TOOK BEFORE BEING ACCEPTED BY THE PARTIES AS

JURORS, AND THEY HAVE THE RIGHT TO EXPECT NOTHING LESS.

## PRESUMPTION OF INNOCENCE, BURDEN OF PROOF, REASONABLE DOUBT

THE INDICTMENT OR FORMAL CHARGE AGAINST A DEFENDANT IS NOT

EVIDENCE OF GUILT.  INDEED, THE DEFENDANT IS PRESUMED BY THE LAW TO

BE INNOCENT.  THE LAW DOES NOT REQUIRE A DEFENDANT TO PROVE HIS

INNOCENCE OR PRODUCE ANY EVIDENCE AT ALL.  IN FACT, A DEFENDANT DOES

NOT EVEN HAVE TO TESTIFY, AND IF THE DEFENDANT CHOOSES NOT TO

TESTIFY, NO INFERENCE WHATEVER MAY BE DRAWN FROM THE ELECTION OF A

DEFENDANT NOT TO TESTIFY.

THE GOVERNMENT HAS THE BURDEN OF PROVING A DEFENDANT GUILTY

BEYOND A REASONABLE DOUBT, AND IF IT FAILS TO DO SO, YOU MUST ACQUIT

THE DEFENDANT.  WHILE THE GOVERNMENT'S BURDEN OF PROOF IS A STRICT

OR HEAVY BURDEN, IT IS NOT NECESSARY THAT THE DEFENDANT'S GUILT BE

PROVED BEYOND ALL POSSIBLE DOUBT.  IT IS ONLY REQUIRED THAT THE

GOVERNMENT'S PROOF EXCLUDE ANY "REASONABLE DOUBT" CONCERNING THE

DEFENDANT'S GUILT.

A "REASONABLE DOUBT" IS A DOUBT BASED UPON REASON AND COMMON

SENSE AFTER CAREFUL AND IMPARTIAL CONSIDERATION OF ALL THE EVIDENCE

IN THE CASE.  PROOF BEYOND A REASONABLE DOUBT, THEREFORE, IS PROOF OF

SUCH A CONVINCING CHARACTER THAT YOU WOULD BE WILLING TO RELY AND

4

ACT UPON IT WITHOUT HESITATION IN THE MOST IMPORTANT OF YOUR OWN
AFFAIRS.

IF THERE ARE TWO REASONABLE THEORIES OR EXPLANATIONS THAT CAN
BE DRAWN FROM THE EVIDENCE OR FROM THE LACK OF EVIDENCE, ONE
CONSISTENT WITH GUILT AND ONE CONSISTENT WITH INNOCENCE, THE JURY IS
BOUND TO ACCEPT THE THEORY OR EXPLANATION THAT IS CONSISTENT WITH
INNOCENCE AND FIND THE DEFENDANT NOT GUILTY.

### AIDING AND ABETTING

THE GUILT OF A DEFENDANT IN A CRIMINAL CASE MAY BE ESTABLISHED
WITHOUT PROOF THAT THE DEFENDANT PERSONALLY DID EVERY ACT
CONSTITUTING THE OFFENSE ALLEGED. THE LAW RECOGNIZES THAT,
ORDINARILY, ANYTHING A PERSON CAN DO FOR HIMSELF MAY ALSO BE
ACCOMPLISHED BY HIM THROUGH THE DIRECTION OF ANOTHER PERSON AS HIS
OR HER AGENT, OR BY ACTING IN CONCERT WITH, OR UNDER THE DIRECTION OF
ANOTHER PERSON OR PERSONS IN A JOINT EFFORT OR ENTERPRISE. IF ANOTHER
PERSON IS ACTING UNDER THE DIRECTION OF THE DEFENDANT OR IF THE
DEFENDANT JOINS ANOTHER PERSON AND PERFORMS ACTS WITH THE INTENT
TO COMMIT A CRIME, THEN THE LAW HOLDS THE DEFENDANT RESPONSIBLE
FOR THE ACTS AND CONDUCT OF SUCH OTHER PERSONS JUST AS THOUGH THE
DEFENDANT HAD COMMITTED THE ACTS OR ENGAGED IN SUCH CONDUCT.
BEFORE ANY DEFENDANT MAY BE HELD CRIMINALLY RESPONSIBLE FOR THE
ACTS OF OTHERS, IT IS NECESSARY THAT THE ACCUSED DELIBERATELY

5

ASSOCIATE HIMSELF IN SOME WAY WITH THE CRIME AND PARTICIPATE IN IT WITH THE INTENT TO BRING ABOUT THE CRIME. MERE PRESENCE AT THE SCENE OF A CRIME AND KNOWLEDGE THAT A CRIME IS BEING COMMITTED ARE NOT SUFFICIENT TO ESTABLISH THAT A DEFENDANT EITHER DIRECTED OR AIDED AND ABETTED THE CRIME UNLESS YOU FIND BEYOND A REASONABLE DOUBT THAT THE DEFENDANT WAS A PARTICIPANT AND NOT MERELY A KNOWING SPECTATOR. IN OTHER WORDS, YOU MAY NOT FIND ANY DEFENDANT GUILTY UNLESS YOU FIND BEYOND A REASONABLE DOUBT THAT EVERY ELEMENT OF THE OFFENSE AS DEFINED IN THESE INSTRUCTIONS WAS COMMITTED BY SOME PERSON OR PERSONS, AND THAT THE DEFENDANT VOLUNTARILY PARTICIPATED IN ITS COMMISSION WITH THE INTENT TO VIOLATE THE LAW. FOR YOU TO FIND THE DEFENDANT GUILTY OF THIS CRIME, YOU MUST BE CONVINCED THAT THE GOVERNMENT HAS PROVED EACH OF THE FOLLOWING BEYOND A REASONABLE DOUBT:

FIRST: THAT THE CHARGED OFFENSE WAS COMMITTED BY SOME PERSON; SECOND: THAT THE DEFENDANT ASSOCIATED WITH THE CRIMINAL VENTURE; THIRD: THAT THE DEFENDANT PURPOSEFULLY PARTICIPATED IN THE CRIMINAL VENTURE; AND FOURTH: THAT THE DEFENDANT SOUGHT BY ACTION TO MAKE THAT VENTURE SUCCESSFUL. "TO ASSOCIATE WITH THE CRIMINAL VENTURE" MEANS THAT THE DEFENDANT SHARED THE CRIMINAL INTENT OF THE PRINCIPAL. THIS ELEMENT CANNOT BE ESTABLISHED IF THE DEFENDANT HAD NO KNOWLEDGE OF THE PRINCIPAL'S CRIMINAL VENTURE. "TO PARTICIPATE IN

6

THE CRIMINAL VENTURE" MEANS THAT THE DEFENDANT ENGAGED IN SOME

AFFIRMATIVE CONDUCT DESIGNED TO AID THE VENTURE OR ASSIST THE

PRINCIPAL OF THE CRIME.

### EXCLUDING WHAT IS NOT EVIDENCE

AS I TOLD YOU EARLIER, IT IS YOUR DUTY TO DETERMINE THE FACTS.  IN

DOING SO, YOU MUST CONSIDER ONLY THE EVIDENCE PRESENTED DURING THE

TRIAL, INCLUDING THE SWORN TESTIMONY OF THE WITNESSES AND THE

EXHIBITS.  REMEMBER THAT ANY STATEMENTS, OBJECTIONS, OR ARGUMENTS

MADE BY THE LAWYERS ARE NOT EVIDENCE.  THE FUNCTION OF THE LAWYERS

IS TO POINT OUT THOSE THINGS THAT ARE MOST SIGNIFICANT OR MOST

HELPFUL TO THEIR SIDE OF THE CASE, AND IN SO DOING TO CALL YOUR

ATTENTION TO CERTAIN FACTS OR INFERENCES THAT MIGHT OTHERWISE

ESCAPE YOUR NOTICE.  IN THE FINAL ANALYSIS, HOWEVER, IT IS YOUR OWN

RECOLLECTION AND INTERPRETATION OF THE EVIDENCE THAT CONTROLS IN

THE CASE.  WHAT THE LAWYERS SAY IS NOT BINDING UPON YOU.

DURING THE TRIAL I SUSTAINED OBJECTIONS TO CERTAIN QUESTIONS

AND EXHIBITS. WHEN I HAVE DONE SO, YOU MUST DISREGARD THOSE

QUESTIONS AND EXHIBITS ENTIRELY. DO NOT SPECULATE AS TO WHAT THE

WITNESS WOULD HAVE SAID IF PERMITTED TO ANSWER THE QUESTION OR AS

TO THE CONTENTS OF AN EXHIBIT.  ALSO, CERTAIN TESTIMONY OR OTHER

EVIDENCE HAS BEEN ORDERED STRICKEN FROM THE RECORD AND YOU HAVE

BEEN INSTRUCTED TO DISREGARD THIS EVIDENCE. DO NOT CONSIDER ANY

7

TESTIMONY OR OTHER EVIDENCE WHICH HAS BEEN STRICKEN IN REACHING

YOUR DECISION. YOUR VERDICT MUST BE BASED SOLELY ON THE LEGALLY

ADMISSIBLE EVIDENCE AND TESTIMONY.

ALSO, DO NOT ASSUME FROM ANYTHING I MAY HAVE DONE OR SAID

DURING THE TRIAL THAT I HAVE ANY OPINION CONCERNING ANY OF THE FACTS

IN THIS CASE. EXCEPT FOR THE INSTRUCTIONS TO YOU ON THE LAW, YOU

SHOULD DISREGARD ANYTHING I MAY HAVE SAID DURING THE TRIAL IN

ARRIVING AT YOUR OWN FINDINGS AS TO THE FACTS.

FURTHERMORE, YOU MUST NOT CONVICT FOR ANY VIOLATIONS OF

BANKING OR ACCOUNTING RULES OR REGULATIONS, WHICH ARE NOT

CRIMINAL OFFENSES, IN DECIDING WHETHER A DEFENDANT COMMITTED THE

ACTS CHARGED IN THE INDICTMENT.

## **STIPULATIONS**

THE EVIDENCE IN THIS CASE INCLUDES FACTS TO WHICH THE LAWYERS

HAVE AGREED OR STIPULATED. A STIPULATION MEANS SIMPLY THAT THE

GOVERNMENT AND THE DEFENDANT ACCEPT THE TRUTH OF A PARTICULAR

PROPOSITION OR FACT. SINCE THERE IS NO DISAGREEMENT, THERE IS NO NEED

FOR EVIDENCE APART FROM THE STIPULATION. YOU MUST, UNLESS

OTHERWISE INSTRUCTED BY THE COURT, ACCEPT THE STIPULATION AS

EVIDENCE AND REGARD THIS FACT AS PROVED.

8

## INFERENCES–DIRECT AND CIRCUMSTANTIAL

WHILE YOU SHOULD CONSIDER ONLY THE EVIDENCE, YOU ARE PERMITTED TO DRAW SUCH REASONABLE INFERENCES FROM THE TESTIMONY AND EXHIBITS AS YOU FEEL ARE JUSTIFIED IN THE LIGHT OF COMMON EXPERIENCE.

IN CONSIDERING THE EVIDENCE YOU MAY MAKE DEDUCTIONS AND REACH CONCLUSIONS WHICH REASON AND COMMON SENSE LEAD YOU TO MAKE; AND YOU SHOULD NOT BE CONCERNED ABOUT WHETHER THE EVIDENCE IS DIRECT OR CIRCUMSTANTIAL. "DIRECT EVIDENCE" IS THE TESTIMONY OF ONE WHO ASSERTS ACTUAL KNOWLEDGE OF A FACT, SUCH AS AN EYE WITNESS. "CIRCUMSTANTIAL EVIDENCE" IS PROOF OF A CHAIN OF FACTS AND CIRCUMSTANCES INDICATING THAT THE DEFENDANT IS EITHER GUILTY OR NOT GUILTY. THE LAW MAKES NO DISTINCTION BETWEEN THE WEIGHT YOU MAY GIVE TO EITHER DIRECT OR CIRCUMSTANTIAL EVIDENCE.

## SUMMARIES AND CHARTS

CERTAIN CHARTS AND SUMMARIES HAVE BEEN PRESENTED TO THE JURY. CHARTS AND SUMMARIES ARE VALID ONLY TO THE EXTENT THAT THEY ACCURATELY REFLECT THE UNDERLYING DOCUMENTS OR RECORDS ALSO INTRODUCED INTO EVIDENCE. YOU SHOULD GIVE THEM ONLY SUCH WEIGHT AS YOU THINK THEY DESERVE. IF THE CHARTS OR SUMMARIES DIFFER FROM THE EVIDENCE, YOU SHOULD RELY ON THE EVIDENCE AND NOT THE CHARTS OR SUMMARIES.

9

## RECORDINGS AND TRANSCRIPTS

YOU HAVE BEEN PRESENTED WITH TRANSCRIPTS OF RECORDED

CONVERSATIONS DURING THE TRIAL. I HAVE PERMITTED THE TRANSCRIPTS FOR

THE LIMITED AND SECONDARY PURPOSE OF AIDING YOU IN FOLLOWING THE

CONTENT OF THE CONVERSATION AS YOU LISTEN TO THE TAPE RECORDING,

AND ALSO TO AID YOU IN IDENTIFYING THE SPEAKERS.

YOU ARE INSTRUCTED THAT WHETHER THE TRANSCRIPT CORRECTLY OR

INCORRECTLY REFLECTS THE CONTENT OF THE CONVERSATION OR THE

IDENTITY OF THE SPEAKERS IS ENTIRELY FOR YOU TO DETERMINE. IF YOU

SHOULD DETERMINE THAT THE TRANSCRIPT IS IN ANY WAY INCORRECT OR

UNRELIABLE, YOU SHOULD DISREGARD IT TO THAT EXTENT. IT IS WHAT YOU

HEAR ON THE TAPE THAT IS EVIDENCE, NOT THE TRANSCRIPTS.

## CREDIBILITY OF WITNESSES

I REMIND YOU THAT IT IS YOUR JOB TO DECIDE WHETHER THE

GOVERNMENT HAS PROVED THE GUILT OF A DEFENDANT BEYOND A

REASONABLE DOUBT.  IN DOING SO, YOU MUST CONSIDER ALL OF THE

EVIDENCE.  THIS DOES NOT MEAN, HOWEVER, THAT YOU MUST ACCEPT ALL OF

THE EVIDENCE AS TRUE OR ACCURATE.

10

YOU ARE THE SOLE JUDGES OF THE CREDIBILITY OR "BELIEVABILITY" OF EACH WITNESS AND THE WEIGHT TO BE GIVEN THE WITNESS'S TESTIMONY. AN IMPORTANT PART OF YOUR JOB WILL BE MAKING JUDGMENTS ABOUT THE TESTIMONY OF THE WITNESSES. YOU SHOULD DECIDE WHETHER YOU BELIEVE ALL OR ANY PART OF WHAT EACH PERSON HAD TO SAY, AND HOW IMPORTANT THAT TESTIMONY WAS. IN MAKING THAT DECISION I SUGGEST THAT YOU ASK YOURSELF A FEW QUESTIONS: DID THE PERSON IMPRESS YOU AS HONEST? DID THE WITNESS HAVE ANY PARTICULAR REASON NOT TO TELL THE TRUTH? DID THE WITNESS HAVE A PERSONAL INTEREST IN THE OUTCOME OF THE CASE? DID THE WITNESS HAVE ANY RELATIONSHIP WITH EITHER THE GOVERNMENT OR THE DEFENSE? DID THE WITNESS SEEM TO HAVE A GOOD MEMORY? DID THE WITNESS CLEARLY SEE OR HEAR THE THINGS ABOUT WHICH HE TESTIFIED? DID THE WITNESS HAVE THE OPPORTUNITY AND ABILITY TO UNDERSTAND THE QUESTIONS CLEARLY AND ANSWER THEM DIRECTLY? DID THE WITNESS'S TESTIMONY DIFFER FROM THE TESTIMONY OF OTHER WITNESSES? THESE ARE A FEW OF THE CONSIDERATIONS THAT WILL HELP YOU DETERMINE THE ACCURACY OF WHAT EACH WITNESS SAID.

THE TESTIMONY OF A DEFENDANT SHOULD BE WEIGHED AND HIS CREDIBILITY EVALUATED IN THE SAME WAY AS THAT OF ANY OTHER WITNESS. BUT REMEMBER, THE LAW DOES NOT REQUIRE A DEFENDANT TO TESTIFY, AND IF THE DEFENDANT CHOOSES NOT TO TESTIFY, NO INFERENCE WHATEVER MAY BE DRAWN FROM THE ELECTION OF A DEFENDANT NOT TO TESTIFY.

11

YOUR JOB IS TO THINK ABOUT THE TESTIMONY OF EACH WITNESS YOU HAVE HEARD AND DECIDE HOW MUCH YOU BELIEVE OF WHAT EACH WITNESS HAD TO SAY. IN MAKING UP YOUR MIND AND REACHING A VERDICT, DO NOT MAKE ANY DECISIONS SIMPLY BECAUSE THERE WERE MORE WITNESSES ON ONE SIDE THAN ON THE OTHER. DO NOT REACH A CONCLUSION ON A PARTICULAR POINT JUST BECAUSE THERE WERE MORE WITNESSES TESTIFYING FOR ONE SIDE ON THAT POINT.

### **IMPEACHMENT BY PRIOR INCONSISTENCIES**

THE TESTIMONY OF A WITNESS MAY BE DISCREDITED BY SHOWING THAT THE WITNESS TESTIFIED FALSELY CONCERNING A MATERIAL MATTER, OR BY EVIDENCE THAT AT SOME OTHER TIME THE WITNESS SAID OR DID SOMETHING, OR FAILED TO SAY OR DO SOMETHING, WHICH IS INCONSISTENT WITH THE TESTIMONY THE WITNESS GAVE AT THIS TRIAL.

EARLIER STATEMENTS OF A WITNESS WERE NOT ADMITTED IN EVIDENCE TO PROVE THAT THE CONTENTS OF THOSE STATEMENTS ARE TRUE. YOU MAY CONSIDER THE EARLIER STATEMENTS ONLY TO DETERMINE WHETHER YOU THINK THEY ARE CONSISTENT OR INCONSISTENT WITH THE TRIAL TESTIMONY OF THE WITNESS AND THEREFORE WHETHER THEY AFFECT THE CREDIBILITY OF THAT WITNESS.

IF YOU BELIEVE THAT A WITNESS HAS BEEN DISCREDITED IN ANY MANNER, IT IS YOUR EXCLUSIVE RIGHT TO DISREGARD ALL OF THE WITNESS'S

12

TESTIMONY OR TO GIVE THE TESTIMONY OF THAT WITNESS WHATEVER WEIGHT

YOU THINK IT DESERVES.


## COOPERATING WITNESS TESTIMONY

IN THIS CASE THE GOVERNMENT CALLED AS ONE OR MORE OF ITS WITNESSES

AN ALLEGED ACCOMPLICE, NAMED AS A CO-DEFENDANT IN THE INDICTMENT,

WITH WHOM THE GOVERNMENT HAS ENTERED INTO A PLEA AGREEMENT. THIS

AGREEMENT PROVIDES FOR THE DISMISSAL OF SOME CHARGES. SUCH PLEA

BARGAINING, AS IT IS CALLED, HAS BEEN APPROVED AS LAWFUL AND PROPER,

AND IS EXPRESSLY PROVIDED FOR IN THE RULES OF THIS COURT.


AN ALLEGED ACCOMPLICE, INCLUDING ONE WHO HAS ENTERED

INTO A PLEA AGREEMENT WITH THE GOVERNMENT, IS NOT

PROHIBITED FROM TESTIFYING. ON THE CONTRARY, THE TESTIMONY

OF SUCH A WITNESS MAY ALONE BE OF SUFFICIENT WEIGHT TO

SUSTAIN A VERDICT OF GUILTY. YOU SHOULD KEEP IN MIND,

HOWEVER, THAT SUCH TESTIMONY IS ALWAYS TO BE RECEIVED

WITH CAUTION AND WEIGHED WITH GREAT CARE. YOU SHOULD

NEVER CONVICT A DEFENDANT UPON THE UNSUPPORTED

TESTIMONY OF AN ALLEGED ACCOMPLICE UNLESS YOU BELIEVE

THAT TESTIMONY BEYOND A REASONABLE DOUBT.

13

THE FACT THAT AN ACCOMPLICE HAS ENTERED A PLEA OF GUILTY

TO THE OFFENSE CHARGED IS NOT EVIDENCE OF THE GUILT OF ANY

OTHER PERSON.

## EXPERT OPINION TESTIMONY

DURING THE TRIAL YOU ALSO HEARD THE TESTIMONY OF AN EXPERT

WITNESS, WHO EXPRESSED OPINIONS CONCERNING VARIOUS ISSUES. IF

SCIENTIFIC, TECHNICAL, OR OTHER SPECIALIZED KNOWLEDGE MIGHT ASSIST

THE JURY IN UNDERSTANDING THE EVIDENCE OR IN DETERMINING A FACT IN

ISSUE, A WITNESS QUALIFIED BY KNOWLEDGE, SKILL, EXPERIENCE, TRAINING,

OR EDUCATION MAY TESTIFY AND STATE AN OPINION CONCERNING SUCH

MATTERS.

MERELY BECAUSE SUCH A WITNESS HAS EXPRESSED AN OPINION DOES

NOT MEAN, HOWEVER, THAT YOU MUST ACCEPT THIS OPINION.  YOU SHOULD

JUDGE SUCH TESTIMONY LIKE ANY OTHER TESTIMONY.  YOU MAY ACCEPT IT

OR REJECT IT, AND GIVE IT AS MUCH WEIGHT AS YOU THINK IT DESERVES,

CONSIDERING THE WITNESS'S EDUCATION AND EXPERIENCE, THE SOUNDNESS

OF THE REASONS GIVEN FOR THE OPINION, AND ALL OTHER EVIDENCE IN THE

CASE.

## ON OR ABOUT

YOU WILL NOTE THAT THE INDICTMENT CHARGES THAT THE OFFENSES

WERE COMMITTED ON OR ABOUT SPECIFIED DATES.  THE GOVERNMENT DOES

14

NOT HAVE TO PROVE THAT THE CRIMES WERE COMMITTED ON THOSE EXACT

DATES, SO LONG AS THE GOVERNMENT PROVES BEYOND A REASONABLE

DOUBT THAT THE DEFENDANT COMMITTED THE CRIMES CHARGED ON DATES

REASONABLY NEAR THOSE STATED IN THE INDICTMENT.

## CONJUNCTIVE AND DISJUNCTIVE

THE SUPERSEDING INDICTMENT CHARGES CERTAIN ACTS IN THE

CONJUNCTIVE.  FOR EXAMPLE, COUNTS 38 THROUGH 49 CHARGE DEFENDANTS

WITH KNOWINGLY MAKING FALSE ENTRIES IN BOOKS, REPORTS, AND

STATEMENTS OF THE BANK.  IN ORDER TO PROVE THE DEFENDANTS GUILTY OF

THIS OFFENSE, THE GOVERNMENT DOES NOT NEED TO PROVE THAT THE

DEFENDANTS USED ALL OF THOSE THINGS, BUT ONLY ONE OF THOSE THINGS.

IN THE ABOVE EXAMPLE, THE GOVERNMENT WOULD NEED TO PROVE, BEYOND

A REASONABLE DOUBT, THAT THE DEFENDANT MADE FALSE ENTRIES IN BOOKS

*OR* RECORDS *OR* STATEMENTS. I WILL TELL YOU, IN THE INSTRUCTIONS FOR

EACH COUNT, WHAT IT IS THE GOVERNMENT IS REQUIRED TO PROVE.

## CONSIDER ONLY CRIME CHARGED

YOU ARE HERE TO DECIDE WHETHER THE GOVERNMENT HAS PROVED

BEYOND A REASONABLE DOUBT THAT EITHER OR BOTH OF THE DEFENDANTS

ARE GUILTY OF THE CRIME CHARGED IN THE INDICTMENT.  NEITHER

DEFENDANT IS ON TRIAL FOR ANY ACT, CONDUCT, OR OFFENSE NOT ALLEGED

IN THE INDICTMENT.  NEITHER ARE YOU CONCERNED WITH THE GUILT OF ANY

OTHER PERSON OR PERSONS NOT ON TRIAL AS A DEFENDANT IN THIS CASE.

15

## PUNISHMENT

IF ONE OR BOTH OF THE DEFENDANTS ARE FOUND GUILTY, IT WILL BE MY DUTY TO DECIDE WHAT THE PUNISHMENT WILL BE.  YOU SHOULD NOT BE CONCERNED WITH PUNISHMENT IN ANY WAY.  IT SHOULD NOT ENTER YOUR CONSIDERATION OR DISCUSSION.

## MULTIPLE DEFENDANTS–MULTIPLE COUNTS

A SEPARATE CRIME IS CHARGED AGAINST ONE OR BOTH OF THE DEFENDANTS IN EACH COUNT OF THE INDICTMENT.  EACH COUNT, AND THE EVIDENCE PERTAINING TO IT, SHOULD BE CONSIDERED SEPARATELY.  THE CASE OF EACH DEFENDANT SHOULD BE CONSIDERED SEPARATELY AND INDIVIDUALLY.  THE FACT THAT YOU MAY FIND ONE OF THE ACCUSED GUILTY OR NOT GUILTY OF ANY OF THE CRIMES CHARGED SHOULD NOT CONTROL YOUR VERDICT AS TO ANY OTHER CRIME OR ANY OTHER DEFENDANT.  YOU MUST GIVE SEPARATE CONSIDERATION TO THE EVIDENCE AS TO EACH DEFENDANT.

## "KNOWINGLY"–TO ACT/DELIBERATE IGNORANCE

THE WORD "KNOWINGLY" WILL BE USED FROM TIME TO TIME IN THESE INSTRUCTIONS.  IT MEANS THAT AN ACT WAS DONE VOLUNTARILY AND INTENTIONALLY, NOT BECAUSE OF A MISTAKE OR ACCIDENT, OR NEGLIGENCE OR RECKLESSNESS.  IT IS NOT NECESSARY FOR THE GOVERNMENT TO PROVE THAT THE DEFENDANT KNEW THAT A PARTICULAR ACT OR FAILURE TO ACT IS

A VIOLATION OF THE LAW.  IGNORANCE OF THE LAW OR EVEN A MISTAKE OF
THE LAW IS NOT A DEFENSE.

FURTHERMORE, YOU MAY FIND THAT A DEFENDANT HAD KNOWLEDGE OF
A FACT IF YOU FIND THAT THE DEFENDANT DELIBERATELY CLOSED HIS EYES
TO WHAT WOULD OTHERWISE BE OBVIOUS TO HIM.  WHILE KNOWLEDGE ON
THE PART OF THE DEFENDANT COULD NOT BE ESTABLISHED MERELY BY
DEMONSTRATING THE DEFENDANT WAS NEGLIGENT, CARELESS OR FOOLISH,
KNOWLEDGE CAN BE INFERRED WHERE THE DEFENDANT DELIBERATELY
BLINDED HIMSELF TO THE EXISTENCE OF A FACT.

### "GOOD FAITH"

AT LEAST ONE IF NOT BOTH DEFENDANTS HAVE ADVANCED THE DEFENSE
THAT HE DID NOT HAVE THE CRIMINAL INTENT AND THAT AT ALL TIMES ACTED
IN GOOD FAITH.  THE FINDING OF GOOD FAITH PROHIBITS A FINDING OF
CRIMINAL OR FRAUDULENT INTENT.  IF YOU FIND THAT THE DEFENDANT ACTED
IN GOOD FAITH, YOU MUST AND IT IS YOUR DUTY TO ACQUIT THE DEFENDANT.

WHILE THE TERM "GOOD FAITH" HAS NO PRECISE DEFINITION, IT MEANS ,
AMONG OTHER THINGS, AN ABSENCE OF MALICE OR ILL WILL, AND AN EFFORT
AND INTENTION TO AVOID TAKING UNFAIR ADVANTAGE OF ANOTHER.  BECAUSE
IT IS THE GOVERNMENT'S BURDEN TO PROVE TO YOU, BEYOND A REASONABLE
DOUBT, THAT THE DEFENDANT ACTED WITH THE INTENT REQUIRED BY THE LAW
FOR EACH SPECIFIC COUNT, A FINDING THAT THE DEFENDANT ACTED IN GOOD
FAITH IS A COMPLETE DEFENSE TO THE CHARGES IN THE INDICTMENT.

17

## II.    SPECIFIC INSTRUCTIONS REGARDING THIS CASE

NOW LET ME TURN TO THE SPECIFIC INSTRUCTIONS REGARDING THIS CASE. THIS CASE WAS BROUGHT BY THE UNITED STATES GOVERNMENT AGAINST THE DEFENDANTS ASHTON RYAN AND FRED BEEBE BY MEANS OF AN INDICTMENT. AS I HAVE MENTIONED, THE INDICTMENT ALLEGES FORTY-NINE OFFENSES OR "COUNTS" AGAINST THE DEFENDANTS. A COPY OF THE INDICTMENT WILL BE AVAILABLE TO YOU FOR STUDY DURING YOUR DELIBERATIONS, ALONG WITH A COPY OF THESE INSTRUCTIONS.

### COUNT ONE

COUNT ONE CHARGES THE DEFENDANTS WITH CONSPIRACY TO COMMIT BANK FRAUD. BANK FRAUD IS A CRIME THAT INVOLVES THE KNOWING EXECUTION, OR ATTEMPT AT EXECUTION, OF A SCHEME OR ARTIFICE TO DEFRAUD A FINANCIAL INSTITUTION OR TO OBTAIN ANY OF THE MONEYS, FUNDS, CREDITS, ASSETS, SECURITIES, OR OTHER PROPERTY OWNED BY, OR UNDER THE CUSTODY OR CONTROL OF, A FINANCIAL INSTITUTION, BY MEANS OF FALSE OF FRAUDULENT PRETENSES, REPRESENTATIONS, OR PROMISES, IN VIOLATION OF 18 UNITED STATES CODE 1349. YOU WILL NOTICE THAT THE DEFENDANTS ARE NOT CHARGED IN COUNT ONE WITH ACTUALLY COMMITTING BANK FRAUD. RATHER, IN COUNT ONE, THE DEFENDANTS ARE CHARGED WITH HAVING CONSPIRED TO DO SO, WHICH IS A SEPARATE CRIME DEFINED BY TITLE 18, UNITED STATES CODE, SECTION 1349. I WILL FIRST EXPLAIN THE LAW

18

REGARDING CONSPIRACY AND WILL INSTRUCT YOU AFTERWARDS ON THE ELEMENTS OF THE UNDERLYING SUBSTANTIVE OFFENSES.

COUNT 1 OF THE SECOND SUPERSEDING INDICTMENT CHARGES THAT BEGINNING AT A TIME UNKNOWN, BUT FROM AT LEAST 2006 AND CONTINUING UNTIL IN AND AROUND APRIL 2017, IN THE EASTERN DISTRICT OF LOUISIANA, THE DEFENDANTS, ASHTON J. RYAN AND FRED BEEBE, ALONG WITH NINE OTHER INDIVIDUALS, WILLFULLY AND KNOWINGLY DID COMBINE, CONSPIRE, CONFEDERATE, AND AGREE TO COMMIT BANK FRAUD.

IT IS A FEDERAL CRIME TO CONSPIRE TO COMMIT BANK FRAUD IN VIOLATION OF TITLE 18, UNITED STATES CODE, SECTION 1349.

A "CONSPIRACY" IS AN AGREEMENT BETWEEN TWO OR MORE PERSONS TO JOIN TOGETHER TO ACCOMPLISH SOME UNLAWFUL PURPOSE. IT IS A KIND OF "PARTNERSHIP IN CRIME" IN WHICH EACH MEMBER BECOMES THE AGENT OF EVERY OTHER MEMBER.

FOR YOU TO FIND A DEFENDANT GUILTY OF THIS CRIME, THAT IS, THE CRIME OF CONSPIRACY, YOU MUST BE CONVINCED THAT THE GOVERNMENT HAS PROVED EACH OF THE FOLLOWING BEYOND A REASONABLE DOUBT, WITH RESPECT TO THAT DEFENDANT.

FIRST:  THAT TWO OR MORE INDIVIDUALS MADE AN AGREEMENT TO COMMIT THE CRIME OF BANK FRAUD AS CHARGED IN THE SECOND SUPERSEDING INDICTMENT; AND

19

SECOND: THAT THE DEFENDANTS KNEW THE UNLAWFUL PURPOSE OF THE AGREEMENT AND JOINED IN IT WILLFULLY, THAT IS, WITH THE INTENT TO FURTHER THE UNLAWFUL PURPOSE.

ONE MAY BECOME A MEMBER OF A CONSPIRACY WITHOUT KNOWING ALL THE DETAILS OF THE UNLAWFUL SCHEME OR THE IDENTITIES OF ALL THE OTHER ALLEGED CONSPIRATORS. IF A DEFENDANT UNDERSTANDS THE UNLAWFUL NATURE OF A PLAN OR SCHEME AND KNOWINGLY AND INTENTIONALLY JOINS IN THAT PLAN OR SCHEME ON ONE OCCASION, THAT IS SUFFICIENT TO CONVICT HIM FOR CONSPIRACY EVEN THOUGH THE DEFENDANT HAD NOT PARTICIPATED BEFORE AND EVEN THOUGH THE DEFENDANT PLAYED ONLY A MINOR PART.

THE GOVERNMENT NEED NOT PROVE THAT THE ALLEGED CONSPIRATORS ENTERED INTO ANY FORMAL AGREEMENT, NOR THAT THEY DIRECTLY STATED BETWEEN THEMSELVES ALL THE DETAILS OF THE SCHEME. SIMILARLY, THE GOVERNMENT NEED NOT PROVE THAT ALL THE DETAILS OF THE SCHEME ALLEGED IN THE SECOND SUPERSEDING INDICTMENT WERE ACTUALLY AGREED UPON OR CARRIED OUT. NOR MUST IT PROVE THAT ALL THE PERSONS ALLEGED TO HAVE BEEN MEMBERS OF THE CONSPIRACY WERE SUCH, OR THAT THE ALLEGED CONSPIRATORS ACTUALLY SUCCEEDED IN ACCOMPLISHING THEIR UNLAWFUL OBJECTIVES.

HOWEVER, MERE PRESENCE AT THE SCENE OF AN EVENT, EVEN WITH KNOWLEDGE THAT A CRIME IS BEING COMMITTED, OR THE MERE FACT THAT CERTAIN PERSONS MAY HAVE ASSOCIATED WITH EACH OTHER, AND MAY HAVE

20

ASSEMBLED TOGETHER AND DISCUSSED COMMON AIMS AND INTERESTS, DOES NOT NECESSARILY ESTABLISH PROOF OF THE EXISTENCE OF A CONSPIRACY. ALSO, A PERSON WHO HAS NO KNOWLEDGE OF A CONSPIRACY, BUT WHO HAPPENS TO ACT IN A WAY WHICH ADVANCES SOME PURPOSE OF A CONSPIRACY, DOES NOT THEREBY BECOME A CONSPIRATOR.

YOU MUST DETERMINE WHETHER THE CONSPIRACY CHARGED IN THE INDICTMENT EXISTED, AND, IF IT DID, WHETHER THE DEFENDANT WAS A MEMBER OF IT. IF YOU FIND THAT THE CONSPIRACY CHARGED DID NOT EXIST, THEN YOU MUST RETURN A NOT GUILTY VERDICT FOR THIS CONSPIRACY COUNT, EVEN THOUGH YOU FIND THAT SOME OTHER CONSPIRACY EXISTED. IF YOU FIND THAT A DEFENDANT WAS NOT A MEMBER OF THE CONSPIRACY CHARGED IN THE INDICTMENT, THEN YOU MUST FIND THAT DEFENDANT NOT GUILTY. ON THE OTHER HAND, IF YOU FIND THAT A CONSPIRACY EXISTED AND A DEFENDANT WAS A MEMBER OF THE CONSPIRACY, YOU MAY FIND THAT DEFENDANT GUILTY.

A CONSPIRATOR IS RESPONSIBLE FOR OFFENSES COMMITTED BY THE OTHER CONSPIRATOR IF THE CONSPIRATOR WAS A MEMBER OF THE CONSPIRACY WHEN THE OFFENSE WAS COMMITTED AND IF THE OFFENSE WAS COMMITTED IN FURTHERANCE OF, OR AS A FORESEEABLE CONSEQUENCE OF, THE CONSPIRACY.

THEREFORE, IF YOU HAVE FOUND THE DEFENDANT GUILTY OF THE CONSPIRACY CHARGED IN COUNT 1 AND IF YOU FIND BEYOND A REASONABLE

DOUBT THAT DURING THE TIME THE DEFENDANT WAS A MEMBER OF THAT
CONSPIRACY, THE OTHER CONSPIRATOR COMMITTED THE OFFENSE IN COUNT
1 IN FURTHERANCE OF AND AS A FORESEEABLE CONSEQUENCE OF THAT
CONSPIRACY, THEN YOU MAY FIND THE DEFENDANT GUILTY OF COUNT 1, EVEN
THOUGH THE DEFENDANT MAY NOT HAVE PARTICIPATED IN ANY OF THE ACTS
WHICH CONSTITUTE THE OFFENSE DESCRIBED IN COUNT 1.

IN ADDITION TO THE CONSPIRACY COUNT, THERE ARE ALSO 36
SUBSTANTIVE COUNTS OF BANK FRAUD.

### COUNTS 2 THROUGH 37

COUNTS 2 THROUGH 37 OF THE SECOND SUPERSEDING
INDICTMENT CHARGE THAT, IN THE EASTERN DISTRICT OF
LOUISIANA, THE DEFENDANTS, ASHTON RYAN AND FRED BEEBE,
ALONG WITH OTHERS, DID KNOWINGLY AND WILLFULLY EXECUTE
AND ATTEMPT TO EXECUTE A SCHEME AND ARTIFICE TO DEFRAUD
FIRST NBC BANK, A FINANCIAL INSTITUTION, THEREBY PLACING
FIRST NBC AT RISK OF CIVIL LIABILITY OR FINANCIAL LOSS, BY
MEANS OF FALSE AND FRAUDULENT PRETENSES, REPRESENTATIONS,
AND PROMISES, RELATING TO A MATERIAL FACT, IN VIOLATION OF
TITLE 18, UNITED STATES CODE, SECTION 1344(1). ASHTON RYAN IS

NAMED IN COUNTS 1 THROUGH 25 AND 27 THROUGH 37. FRED BEEBE IS NAMED IN COUNTS 18, 32, AND 37.

TITLE 18, UNITED STATES CODE, SECTION 1344(1) MAKES IT A CRIME FOR ANYONE TO KNOWINGLY EXECUTE A SCHEME OR ARTIFICE TO DEFRAUD A FINANCIAL INSTITUTION OR TO OBTAIN ANY OF THE MONEYS, FUNDS, CREDITS, ASSETS, SECURITIES, OR OTHER PROPERTY OWNED BY OR UNDER THE CUSTODY OR CONTROL OF A FINANCIAL INSTITUTION BY MEANS OF FALSE OR FRAUDULENT PRETENSES, REPRESENTATIONS OR PROMISES.

FOR YOU TO FIND THE DEFENDANT GUILTY OF THIS CRIME, YOU MUST BE CONVINCED THAT THE GOVERNMENT HAS PROVED EACH OF THE FOLLOWING BEYOND A REASONABLE DOUBT:

FIRST: THAT THE DEFENDANT KNOWINGLY EXECUTED A SCHEME OR ARTIFICE;

SECOND: THAT THE SCHEME OR ARTIFICE WAS TO DEFRAUD A FINANCIAL INSTITUTION, AS ALLEGED IN THE INDICTMENT;

THIRD: THAT THE DEFENDANT HAD THE INTENT TO DEFRAUD THE FINANCIAL INSTITUTION;

FOURTH: THAT THE SCHEME OR ARTIFICE TO DEFRAUD WAS MATERIAL; AND

23

FIFTH: THAT THE DEFENDANT PLACED THE FINANCIAL INSTITUTION AT RISK OF CIVIL LIABILITY OR FINANCIAL LOSS.

A "SCHEME OR ARTIFICE" MEANS ANY PLAN, PATTERN, OR COURSE OF ACTION INTENDED TO DECEIVE OTHERS IN ORDER TO OBTAIN SOMETHING OF VALUE, SUCH AS MONEY, FROM THE INSTITUTION TO BE DECEIVED.

IT IS NOT NECESSARY THAT THE GOVERNMENT PROVE ALL OF THE DETAILS ALLEGED IN THE INDICTMENT CONCERNING THE PRECISE NATURE OF THE ALLEGED SCHEME OR ARTIFICE, OR THAT THE ALLEGED SCHEME OR ARTIFICE ACTUALLY SUCCEEDED. WHAT MUST BE PROVED BEYOND A REASONABLE DOUBT IS THAT THE ACCUSED KNOWINGLY EXECUTED A SCHEME THAT WAS SUBSTANTIALLY SIMILAR TO THE SCHEME ALLEGED IN THE INDICTMENT.

A REPRESENTATION IS "FALSE" IF IT IS KNOWN TO BE UNTRUE OR IS MADE WITH RECKLESS INDIFFERENCE AS TO ITS TRUTH OR FALSITY. A REPRESENTATION IS ALSO "FALSE" WHEN IT CONSTITUTES A HALF TRUTH, OR EFFECTIVELY OMITS OR CONCEALS A MATERIAL FACT, PROVIDED IT IS MADE WITH INTENT TO DEFRAUD.

24

A SCHEME IS "MATERIAL" IF IT HAS A NATURAL TENDENCY TO INFLUENCE OR IS CAPABLE OF INFLUENCING, THE PERSON, ENTITY, OR INSTITUTION TO WHICH IT IS ADDRESSED.

TO ACT WITH "INTENT TO DEFRAUD" MEANS TO DO SOMETHING WITH THE SPECIFIC INTENT TO DECEIVE OR CHEAT SOMEONE, ORDINARILY FOR PERSONAL FINANCIAL GAIN OR TO CAUSE FINANCIAL LOSS TO SOMEONE ELSE. HOWEVER, 'A SCHEME TO DEFRAUD' DEMANDS NEITHER A SHOWING OF ULTIMATE FINANCIAL LOSS NOR A SHOWING OF INTENT TO CAUSE FINANCIAL LOSS.

"FINANCIAL INSTITUTION" MEANS AN INSURED DEPOSITORY INSTITUTION (AS DEFINED IN SECTION 3(C)(2) OF THE FEDERAL DEPOSIT INSURANCE ACT). SECTION 3(C)(2) OF THE FEDERAL DEPOSIT INSURANCE ACT DEFINES AN INSURED DEPOSITORY INSTITUTION AS "ANY BANK OR SAVINGS ASSOCIATION THE DEPOSITS OF WHICH ARE INSURED BY THE CORPORATION PURSUANT TO THIS ACT."

TO PROVE THAT "THE DEFENDANT PLACED THE FINANCIAL INSTITUTION AT RISK OF CIVIL LIABILITY OR FINANCIAL LOSS," IT IS NOT NECESSARY FOR THE GOVERNMENT TO DEMONSTRATE THAT THE FINANCIAL INSTITUTION ACTUALLY SUFFERED CIVIL LIABILITY OR FINANCIAL LOSS, OR THAT IT FACED A SUBSTANTIAL LIKELIHOOD OF RISK OF LOSS.

25

IF THE EVIDENCE IN THE CASE LEAVES THE JURY WITH A REASONABLE DOUBT AS TO WHETHER THE DEFENDANT ACTED WITH AN INTENT TO DEFRAUD OR TO OBTAIN MONEY OR PROPERTY BY MEANS OF FALSE OR FRAUDULENT PRETENSES, REPRESENTATIONS, OR PROMISES OR IN GOOD FAITH, THE JURY MUST ACQUIT THE DEFENDANT.  ON THE OTHER HAND, IF THE JURY FINDS THAT THE DEFENDANT DID ACT WITH THE INTENT TO DEFRAUD, THEN THE JURY MAY FIND THE DEFENDANT GUILTY.

FINALLY, THE INDICTMENT CONTAINS 12 COUNTS OF FALSE ENTRIES IN BANK RECORDS.

### COUNTS 38-40

COUNTS 38 THROUGH 40 OF THE SECOND SUPERSEDING INDICTMENT CHARGE THAT, IN THE EASTERN DISTRICT OF LOUISIANA, ASHTON RYAN, ALONGSIDE OTHERS, WITH THE INTENT TO INJURE AND DEFRAUD FIRST NBC BANK, AND TO DECEIVE ANY OFFICER OF THE BANK, THE FEDERAL DEPOSIT INSURANCE CORPORATION, ANY AGENT OR EXAMINER APPOINTED TO EXAMINE THE AFFAIRS OF THE BANK, OR THE BOARD OF GOVERNORS OF THE FEDERAL RESERVE

SYSTEM, KNOWINGLY MADE FALSE ENTRIES IN THE BOOKS,
REPORTS, AND STATEMENTS OF THE BANK.

TITLE 18, UNITED STATES CODE, SECTION 1005, MAKES IT A CRIME
FOR ANYONE TO MAKE A FALSE ENTRY IN ANY BOOK, REPORT, OR
STATEMENT OF A FEDERALLY INSURED BANK, KNOWING THE ENTRY
IS FALSE, WITH INTENT TO INJURE OR DEFRAUD THE BANK.
FOR YOU TO FIND THE DEFENDANT GUILTY OF THIS CRIME, YOU
MUST BE CONVINCED THAT THE GOVERNMENT HAS PROVED EACH
OF THE FOLLOWING BEYOND A REASONABLE DOUBT:
FIRST: THAT FIRST NBC WAS A FEDERALLY INSURED BANK;
SECOND: THAT THE DEFENDANT MADE A FALSE ENTRY IN A BOOK,
REPORT, OR STATEMENT OF FIRST NBC BANK;
THIRD: THAT THE DEFENDANT DID SO KNOWING IT WAS FALSE; AND
FOURTH: THAT THE DEFENDANT DID SO INTENDING TO INJURE OR
DEFRAUD FIRST NBC BANK.

## COUNTS 41-49

COUNTS 41 THROUGH 49 OF THE SECOND SUPERSEDING INDICTMENT
CHARGE THAT, IN THE EASTERN DISTRICT OF LOUISIANA, ASHTON
RYAN AND FRED BEEBE, ALONGSIDE OTHERS, WITH THE INTENT TO

INJURE AND DEFRAUD FIRST NBC BANK, AND TO DECEIVE ANY

OFFICER OF THE BANK, THE FEDERAL DEPOSIT INSURANCE

CORPORATION, ANY AGENT OR EXAMINER APPOINTED TO EXAMINE

THE AFFAIRS OF THE BANK, OR THE BOARD OF GOVERNORS OF THE

FEDERAL RESERVE SYSTEM, KNOWINGLY MADE MATERIAL

OMISSIONS IN THE BOOKS, REPORTS, AND STATEMENTS OF THE

BANK. DEFENDANT ASHTON RYAN IS NAMED IN COUNTS 41, 43, 44, 47,

AND 48. DEFENDANT FRED BEEBE IS NAMED IN COUNTS 42, 45, AND

49.


TITLE 18, UNITED STATES CODE, SECTION 1005, MAKES IT A CRIME

FOR ANYONE TO MAKE A FALSE ENTRY IN ANY BOOK, REPORT, OR

STATEMENT OF A FEDERALLY INSURED BANK, KNOWING THE ENTRY

IS FALSE, WITH INTENT TO INJURE OR DEFRAUD THE BANK.

FOR YOU TO FIND THE DEFENDANT GUILTY OF THIS CRIME, YOU

MUST BE CONVINCED THAT THE GOVERNMENT HAS PROVED EACH

OF THE FOLLOWING BEYOND A REASONABLE DOUBT:

FIRST: THAT THE FIRST NBC BANK WAS A FEDERALLY INSURED

BANK;

SECOND: THAT THE DEFENDANT DELIBERATELY OMITTED A

MATERIAL FACT IN A BOOK, RECORD, OR STATEMENT OF FIRST NBC

BANK

A MATERIAL OMISSION IS ONE THAT WOULD NATURALLY TEND TO

INFLUENCE, OR WAS CAPABLE OF INFLUENCING, THE DECISION OF

FIRST NBC BANK, AND;

THIRD, THAT THE DEFENDANT DID SO INTENDING TO INJURE OR

DEFRAUD FIRST NBC BANK.

TO SUSTAIN A CHARGE OF FALSE ENTRY BY MATERIAL OMISSION OF

FACT, THE PROSECUTION MUST PROVE, BEYOND A REASONABLE

DOUBT, THAT THE DEFENDANT HAD AN AFFIRMATIVE DUTY TO

INCLUDE THE STATEMENT OMITTED IN THE BOOK, REPORT, OR

STATEMENT ALLEGED BY THE GRAND JURY.

## III.     **CONCLUDING INSTRUCTIONS**

REMEMBER THAT THE BURDEN OF PROOF DOES NOT REST

WITH THE DEFENDANT BECAUSE THE DEFENDANT DOES NOT HAVE

AN OBLIGATION TO PROVE ANYTHING IN THIS CASE.  RATHER, IT IS

THE GOVERNMENT'S BURDEN TO PROVE TO YOU, BEYOND A

REASONABLE DOUBT, THAT THE DEFENDANT ACTED KNOWINGLY
AND WITH THE INTENT TO DEFRAUD.

ANY VERDICT MUST REPRESENT THE CONSIDERED JUDGMENT
OF EACH JUROR. IN ORDER TO REACH A VERDICT, IT IS NECESSARY
THAT EACH JUROR AGREE TO IT. IN OTHER WORDS, YOUR VERDICT
MUST BE UNANIMOUS.

IT IS YOUR DUTY AS JURORS TO CONSULT WITH ONE ANOTHER
AND TO DELIBERATE IN AN EFFORT TO REACH AGREEMENT IF YOU
CAN DO SO WITHOUT VIOLENCE TO INDIVIDUAL JUDGMENT. EACH
OF YOU MUST DECIDE THE CASE HIMSELF OR HERSELF, BUT ONLY
AFTER AN IMPARTIAL CONSIDERATION OF THE EVIDENCE IN THE
CASE WITH YOUR FELLOW JURORS. IN THE COURSE OF YOUR
DELIBERATIONS, DO NOT HESITATE TO RE-EXAMINE YOUR OWN
VIEWS AND CHANGE YOUR OPINION IF YOU ARE CONVINCED IT IS
ERRONEOUS, BUT DO NOT SURRENDER YOUR HONEST BELIEFS AS TO
THE WEIGHT AND EFFECT OF EVIDENCE SOLELY BECAUSE OF THE
OPINIONS OF YOUR FELLOW JURORS, OR FOR THE MERE PURPOSE OF
RETURNING A VERDICT. REMEMBER AT ALL TIMES: YOU ARE NOT
PARTISANS. YOU ARE JUDGES—JUDGES OF THE FACTS. YOUR SOLE
INTEREST IS TO RENDER A TRUE VERDICT BASED UPON YOUR

30

CONSIDERATION OF ALL OF THE EVIDENCE ADMITTED DURING THE

TRIAL IN ACCORDANCE WITH THE INSTRUCTIONS I HAVE GIVEN YOU.

MEMBERS OF THE JURY, YOU ARE HERE TO DECIDE WHETHER

THE GOVERNMENT HAS PROVED BEYOND A REASONABLE DOUBT

THAT THE DEFENDANT IS GUILTY OF THE CRIME CHARGED.

THEREFORE, YOU SHOULD NOT BE CONCERNED WITH THE GUILT OF

ANY OTHER PERSON OR PERSONS NOT ON TRIAL AS A DEFENDANT IN

THIS CASE.  MOREOVER, THE DEFENDANT IS NOT ON TRIAL FOR ANY

ACT, CONDUCT, OR OFFENSE NOT ALLEGED IN THE INDICTMENT.

ALSO, THE PUNISHMENT PROVIDED BY THE LAW FOR THE

OFFENSES CHARGED IN THE INDICTMENT IS A MATTER EXCLUSIVELY

WITHIN THE PROVINCE OF THE JUDGE, AND IT SHOULD NOT BE

CONSIDERED BY YOU IN ANY WAY IN ARRIVING AT AN IMPARTIAL

VERDICT.

UPON RETIRING TO THE JURY ROOM, YOU SHOULD FIRST

SELECT ONE OF YOUR NUMBER TO ACT AS YOUR FOREPERSON, WHO

WILL PRESIDE OVER YOUR DELIBERATIONS AND WILL BE YOUR

SPOKESPERSON HERE IN COURT.

YOU WILL RECEIVE A COPY OF THESE INSTRUCTIONS AND THE

INDICTMENT TO REFERENCE DURING YOUR DELIBERATIONS.  IN

31

ADDITION, A JURY VERDICT FORM HAS BEEN PREPARED FOR YOUR

CONVENIENCE.  IT READS AS FOLLOWS:

**[ READ JURY VERDICT FORM ]**

YOU WILL TAKE THE JURY VERDICT FORM TO THE JURY ROOM

AND WHEN YOU HAVE REACHED UNANIMOUS AGREEMENT AS TO

YOUR VERDICT, YOU WILL HAVE YOUR FOREPERSON FILL IN, DATE,

AND SIGN THE FORM, AND THEN YOU WILL RETURN TO THE

COURTROOM WITH THE VERDICT FORM.  IF, DURING YOUR

DELIBERATIONS, YOU SHOULD DESIRE TO COMMUNICATE WITH THE

COURT, PLEASE REDUCE YOUR MESSAGE OR QUESTION TO WRITING

SIGNED BY THE FOREPERSON OR BY ONE OR MORE MEMBERS OF THE

JURY, AND PASS THE NOTE TO THE MARSHAL WHO WILL BRING IT TO

MY ATTENTION.  I WILL THEN RESPOND AS PROMPTLY AS POSSIBLE,

EITHER IN WRITING OR BY HAVING YOU RETURNED TO THE

COURTROOM SO THAT I CAN ADDRESS YOU ORALLY.  NO MEMBER OF

THE JURY SHOULD EVER ATTEMPT TO COMMUNICATE WITH THE

COURT BY ANY MEANS OTHER THAN A SIGNED WRITING, AND THE

COURT WILL NEVER COMMUNICATE WITH ANY MEMBER OF THE

JURY ON ANY SUBJECT TOUCHING ON THE MERITS OF THE CASE

32

OTHER THAN IN WRITING OR HERE IN OPEN COURT.  I CAUTION YOU,

HOWEVER, WITH REGARD TO ANY MESSAGE OR QUESTION YOU

MIGHT SEND, THAT YOU ARE NEVER TO REVEAL HOW THE JURY

STANDS NUMERICALLY OR OTHERWISE ON THE QUESTIONS BEFORE

YOU UNTIL AFTER YOU HAVE REACHED A UNANIMOUS VERDICT.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 20-65** |
| **v.** | * | **SECTION: "L"** |
| **FRED BEEBE** | * | |
| | * | |
| * | * | * |

### <u>VERDICT – FRED BEEBE</u>

We, the Jury, in the above-captioned case, unanimously return the following verdict:

### <u>COUNT 1</u>
### (CONSPIRACY TO COMMIT BANK FRAUD)

As to the charge set forth in Count 1 of the Second Superseding Indictment, Conspiracy to

Commit Bank Fraud (18 U.S.C. § 1349), we, the Jury, unanimously find the defendant, **FRED**

**BEEBE:**

_____ GUILTY               _____ NOT GUILTY

### <u>COUNT 18</u>
### (BANK FRAUD (TREME–JUNE 19, 2014))

As to the charge set forth in Count 18 of the Second Superseding Indictment, we, the Jury,
unanimously find the defendant, **FRED BEEBE:**

_____ GUILTY               _____ NOT GUILTY

### <u>COUNT 32</u>
### (BANK FRAUD (TREME–FEBRUARY 12, 2016))

As to the charge set forth in Count 32 of the Second Superseding Indictment, we, the Jury,
unanimously find the defendant, **FRED BEEBE:**

_____ GUILTY               _____ NOT GUILTY

## COUNT 37
### (BANK FRAUD (TREME–NOVEMBER 29, 2016))

As to the charge set forth in Count 37 of the Second Superseding Indictment, we, the Jury, unanimously find the defendant, **FRED BEEBE**:

_____ GUILTY                    _____ NOT GUILTY


## COUNT 42
### (FALSE ENTRIES IN BANK RECORDS (OFFICER RISK RATING VERIFICATION FORM-JANUARY 7, 2015))

As to the charge set forth in Count 42 of the Second Superseding Indictment, we, the Jury, unanimously find the defendant, **FRED BEEBE**:

_____ GUILTY                    _____ NOT GUILTY


## COUNT 45
### (FALSE ENTRIES IN BANK RECORDS (OFFICER RISK RATING VERIFICATION FORM-NOVEMBER 13, 2015))

As to the charge set forth in Count 45 of the Second Superseding Indictment, we, the Jury, unanimously find the defendant, **FRED BEEBE**:

_____ GUILTY                    _____ NOT GUILTY


## COUNT 49
### (FALSE ENTRIES IN BANK RECORDS (OFFICER RISK RATING VERIFICATION FORM-DECEMBER 13, 2016))

As to the charge set forth in Count 49 of the Second Superseding Indictment, we, the Jury, unanimously find, the defendant, **FRED BEEBE**:

_____ GUILTY                    _____ NOT GUILTY

The foreperson must sign and date this form and hand it to the Marshal.

New Orleans, Louisiana, this _____ day of _____, 2023.


_____
F O R E P E R S O N

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 20-65** |
| **v.** | * | **SECTION: "L"** |
| **ASHTON RYAN** | * | |
| | * | |
| * | * | * |

## VERDICT – ASHTON RYAN

We, the Jury, in the above-captioned case, unanimously return the following verdict:

### COUNT 1
### (CONSPIRACY TO COMMIT BANK FRAUD)

As to the charge set forth in Count 1 of the Second Superseding Indictment, Conspiracy to

Commit Bank Fraud (18 U.S.C. § 1349), we, the Jury, unanimously find, the defendant,

**ASHTON RYAN:**

_____ GUILTY                    _____ NOT GUILTY

### COUNT 2
### (BANK FRAUD (GIBBS – NOVEMBER 23, 2010))

As to the charge set forth in Count 2 of the Second Superseding Indictment, we, the Jury
unanimously find the defendant, **ASHTON RYAN:**

_____ GUILTY                    _____ NOT GUILTY

### COUNT 3
### (BANK FRAUD (ST. ANGELO – NOVEMBER 30, 2010))

As to the charge set forth in Count 3 of the Second Superseding Indictment, we, the Jury
unanimously find the defendant, **ASHTON RYAN:**

_____ GUILTY                    _____ NOT GUILTY

## COUNT 4
### (BANK FRAUD (GIBBS– MAY 31, 2011))

As to the charge set forth in Count 4 of the Second Superseding Indictment, we, the Jury unanimously find the defendant, **ASHTON RYAN**:

_____ GUILTY                    _____ NOT GUILTY

## COUNT 5
### (BANK FRAUD (ST. ANGELO– JULY 29, 2011))

As to the charge set forth in Count 5 of the Second Superseding Indictment, we, the Jury unanimously find the defendant, **ASHTON RYAN**:

_____ GUILTY                    _____ NOT GUILTY

## COUNT 6
### (BANK FRAUD (ST. ANGELO– SEPTEMBER 30, 2011))

As to the charge set forth in Count 6 of the Second Superseding Indictment, we, the Jury unanimously find the defendant, **ASHTON RYAN**:

_____ GUILTY                    _____ NOT GUILTY

## COUNT 7
### (BANK FRAUD (GIBBS– OCTOBER 31, 2011))

As to the charge set forth in Count 7 of the Second Superseding Indictment, we, the Jury unanimously find the defendant, **ASHTON RYAN**:

_____ GUILTY                    _____ NOT GUILTY

## COUNT 8
### (BANK FRAUD (DUNLAP– JANUARY 31, 2012))

2

As to the charge set forth in Count 8 of the Second Superseding Indictment, we, the Jury unanimously find the defendant, **ASHTON RYAN**:

_____ GUILTY          _____ NOT GUILTY

### COUNT 9
### (BANK FRAUD (GIBBS– MAY 18, 2012))

As to the charge set forth in Count 9 of the Second Superseding Indictment, we, the Jury unanimously find the defendant, **ASHTON RYAN**:

_____ GUILTY          _____ NOT GUILTY

### COUNT 10
### (BANK FRAUD (GIBBS–AUGUST 24, 2012))

As to the charge set forth in Count 10 of the Second Superseding Indictment, we, the Jury unanimously find the defendant, **ASHTON RYAN**:

_____ GUILTY          _____ NOT GUILTY

### COUNT 11
### (BANK FRAUD (CHARITY–OCTOBER 9, 2012))

As to the charge set forth in Count 11 of the Second Superseding Indictment, we, the Jury unanimously find the defendant, **ASHTON RYAN**:

_____ GUILTY          _____ NOT GUILTY

### COUNT 12
### (BANK FRAUD (GIBBS–DECEMBER 28, 2012))

As to the charge set forth in Count 12 of the Second Superseding Indictment, we, the Jury unanimously find the defendant, **ASHTON RYAN**:

_____ GUILTY          _____ NOT GUILTY

### COUNT 13

3

**(BANK FRAUD (GIBBS–FEBRUARY 15, 2013))**

As to the charge set forth in Count 13 of the Second Superseding Indictment, we, the Jury unanimously find the defendant, **ASHTON RYAN**:

_____ GUILTY                    _____ NOT GUILTY

## COUNT 14
**(BANK FRAUD (622 CONTI (ST. ANGELO)–MARCH 26, 2013))**

As to the charge set forth in Count 14 of the Second Superseding Indictment, we, the Jury unanimously find the defendant, **ASHTON RYAN**:

_____ GUILTY                    _____ NOT GUILTY

## COUNT 15
**(BANK FRAUD (GIBBS–SEPTEMBER 13, 2013))**

As to the charge set forth in Count 15 of the Second Superseding Indictment, we, the Jury unanimously find the defendant, **ASHTON RYAN**:

_____ GUILTY                    _____ NOT GUILTY

## COUNT 16
**(BANK FRAUD (GIBBS–OCTOBER 17, 2013))**

As to the charge set forth in Count 16 of the Second Superseding Indictment, we, the Jury unanimously find the defendant, **ASHTON RYAN**:

_____ GUILTY                    _____ NOT GUILTY

## COUNT 17
**(BANK FRAUD (ADOLPH–MARCH 27, 2014))**

As to the charge set forth in Count 17 of the Second Superseding Indictment, we, the Jury unanimously find the defendant, **ASHTON RYAN**:

_____ GUILTY                    _____ NOT GUILTY

## COUNT 18
### (BANK FRAUD (TREME–JUNE 19, 2014))

As to the charge set forth in Count 18 of the Second Superseding Indictment, we, the Jury unanimously find the defendant, **ASHTON RYAN**:

_____ GUILTY                    _____ NOT GUILTY

## COUNT 19
### (BANK FRAUD (ST. ANGELO–JULY 31, 2014))

As to the charge set forth in Count 19 of the Second Superseding Indictment, we, the Jury unanimously find the defendant, **ASHTON RYAN**:

_____ GUILTY                    _____ NOT GUILTY

## COUNT 20
### (BANK FRAUD (ST. ANGELO–AUGUST 29, 2014))

As to the charge set forth in Count 20 of the Second Superseding Indictment, we, the Jury unanimously find the defendant, **ASHTON RYAN**:

_____ GUILTY                    _____ NOT GUILTY

## COUNT 21
### (BANK FRAUD (DUNLAP–SEPTEMBER 16, 2014))

As to the charge set forth in Count 21 of the Second Superseding Indictment, we, the Jury unanimously find the defendant, **ASHTON RYAN**:

_____ GUILTY                    _____ NOT GUILTY

## COUNT 22
### (BANK FRAUD (PHOENIX (DUNLAP)–SEPTEMBER 18, 2014))

As to the charge set forth in Count 22 of the Second Superseding Indictment, we, the Jury unanimously find the defendant, **ASHTON RYAN**:

_____ GUILTY                    _____ NOT GUILTY

### COUNT 23
### (BANK FRAUD (ST. ANGELO–NOVEMBER 25, 2014))

As to the charge set forth in Count 23 of the Second Superseding Indictment, we, the Jury unanimously find the defendant, **ASHTON RYAN**:

_____ GUILTY                  _____ NOT GUILTY

### COUNT 24
### (BANK FRAUD (ST. ANGELO–DECEMBER 23, 2014))

As to the charge set forth in Count 24 of the Second Superseding Indictment, we, the Jury unanimously find the defendant, **ASHTON RYAN**:

_____ GUILTY                  _____ NOT GUILTY

### COUNT 25
### (BANK FRAUD (ST. ANGELO–FEBRUARY 13, 2015))

As to the charge set forth in Count 25 of the Second Superseding Indictment, we, the Jury unanimously find the defendant, **ASHTON RYAN**:

_____ GUILTY                  _____ NOT GUILTY

### COUNT 27
### (BANK FRAUD (ST. ANGELO–MAY 28, 2015))

As to the charge set forth in Count 27 of the Second Superseding Indictment, we, the Jury unanimously find the defendant, **ASHTON RYAN**:

_____ GUILTY                  _____ NOT GUILTY

### COUNT 29
### (BANK FRAUD (WADSWORTH (DUNLAP)–OCTOBER 16, 2015))

As to the charge set forth in Count 29 of the Second Superseding Indictment, we, the Jury unanimously find the defendant, **ASHTON RYAN**:

_____ GUILTY                    _____ NOT GUILTY


## COUNT 30
## (BANK FRAUD (CHARITY–DECEMBER 27, 2015))

As to the charge set forth in Count 30 of the Second Superseding Indictment, we, the Jury unanimously find the defendant, **ASHTON RYAN**:

_____ GUILTY                    _____ NOT GUILTY


## COUNT 31
## (BANK FRAUD (WADSWORTH (DUNLAP)–FEBRUARY 17, 2016))

As to the charge set forth in Count 31 of the Second Superseding Indictment, we, the Jury unanimously find the defendant, **ASHTON RYAN**:

_____ GUILTY                    _____ NOT GUILTY


## COUNT 32
## (BANK FRAUD (TREME–FEBRUARY 12, 2016))

As to the charge set forth in Count 32 of the Second Superseding Indictment, we, the Jury unanimously find the defendant, **ASHTON RYAN**:

_____ GUILTY                    _____ NOT GUILTY


## COUNT 33
## (BANK FRAUD (GIBBS–MARCH 21, 2016))

As to the charge set forth in Count 33 of the Second Superseding Indictment, we, the Jury unanimously find the defendant, **ASHTON RYAN**:

_____ GUILTY                    _____ NOT GUILTY

## COUNT 34
### (BANK FRAUD (CHARITY–MARCH 29, 2016))

As to the charge set forth in Count 34 of the Second Superseding Indictment, we, the Jury unanimously find the defendant, **ASHTON RYAN**:

_____ GUILTY                  _____ NOT GUILTY

## COUNT 35
### (BANK FRAUD (CHARITY–AUGUST 31, 2016))

As to the charge set forth in Count 35 of the Second Superseding Indictment, we, the Jury unanimously find the defendant, **ASHTON RYAN**:

_____ GUILTY                  _____ NOT GUILTY

## COUNT 36
### (BANK FRAUD (DUNLAP–NOVEMBER 29, 2016))

As to the charge set forth in Count 36 of the Second Superseding Indictment, we, the Jury unanimously find the defendant, **ASHTON RYAN**:

_____ GUILTY                  _____ NOT GUILTY

## COUNT 37
### (BANK FRAUD (TREME–NOVEMBER 29, 2016))

As to the charge set forth in Count 37 of the Second Superseding Indictment, we, the Jury unanimously find the defendant, **ASHTON RYAN**:

_____ GUILTY                  _____ NOT GUILTY

## COUNT 38
### (FALSE ENTRIES IN BANK RECORDS (CHARITY–MARCH 30, 2012))

As to the charge set forth in Count 38 of the Second Superseding Indictment, we, the Jury unanimously find the defendant, **ASHTON RYAN**:

8

_____ GUILTY                  _____ NOT GUILTY

### COUNT 39
### (FALSE ENTRIES IN BANK RECORDS (CHARITY–MARCH 30, 2012))

As to the charge set forth in Count 39 of the Second Superseding Indictment, we, the Jury unanimously find the defendant, **ASHTON RYAN**:

_____ GUILTY                  _____ NOT GUILTY

### COUNT 40
### (FALSE ENTRIES IN BANK RECORDS (CHARITY–MARCH 30, 2012))

As to the charge set forth in Count 40 of the Second Superseding Indictment, we, the Jury unanimously find the defendant, **ASHTON RYAN**:

_____ GUILTY                  _____ NOT GUILTY

### COUNT 41
### (FALSE ENTRIES IN BANK RECORDS (GIBBS–SEPTEMBER 15, 2014))

As to the charge set forth in Count 41 of the Second Superseding Indictment, we, the Jury unanimously find the defendant, **ASHTON RYAN**:

_____ GUILTY                  _____ NOT GUILTY

### COUNT 43
### (FALSE ENTRIES IN BANK RECORDS (GIBBS–MARCH 18, 2015))

As to the charge set forth in Count 43 of the Second Superseding Indictment, we, the Jury unanimously find the defendant, **ASHTON RYAN**:

_____ GUILTY                  _____ NOT GUILTY

### COUNT 44
### (FALSE ENTRIES IN BANK RECORDS (GIBBS–SEPTEMBER 17, 2015))

9

As to the charge set forth in Count 44 of the Second Superseding Indictment, we, the Jury unanimously find the defendant, **ASHTON RYAN**:

_____ GUILTY                      _____ NOT GUILTY

## COUNT 47
### (FALSE ENTRIES IN BANK RECORDS (GIBBS-JANUARY 21, 2016))

As to the charge set forth in Count 47 of the Second Superseding Indictment, we, the Jury unanimously find the defendant, **ASHTON RYAN**:

_____ GUILTY                      _____ NOT GUILTY

## COUNT 48
### (FALSE ENTRIES IN BANK RECORDS (GIBBS-MARCH 18, 2016))

As to the charge set forth in Count 48 of the Second Superseding Indictment, we, the Jury unanimously find the defendant, **ASHTON RYAN**:

_____ GUILTY                      _____ NOT GUILTY

The foreperson must sign and date this form and hand it to the Marshal.

New Orleans, Louisiana, this _____ day of _____, 2023.

_____
**F O R E P E R S O N**

10